**ROPES & GRAY LLP**
Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
rocky.tsai@ropesgray.com

Gregg M. Galardi (admitted *pro hac vice*)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
gregg.galardi@ropesgray.com
daniel.egan@ropesgray.com

Andrew G. Devore (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
andrew.devore@ropesgray.com

*Counsel to Appellant Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*

*Additional Parties and Counsel Listed in Signature Pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELLIOTT MANAGEMENT CORPORATION,<br><br>          Appellant,<br><br>     v.<br><br>PG&E CORPORATION, *et al.*,<br><br>          Appellees. | Case No. 4:20-cv-07865-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE; ORDER** |

| | |
|---|---|
| CANYON CAPITAL ADVISORS LLC *et al.*, <br><br>　　　　　　　Appellants, <br><br>　　v. <br><br>PG&E CORPORATION, *et al.*, <br><br>　　　　　　　Appellees. | Case No. 4:20-cv-07911-HSG |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, <br><br>　　　　　　　Appellant, <br><br>　　v. <br><br>PG&E CORPORATION, *et al.*, <br><br>　　　　　　　Appellees. | Case No. 4:20-cv-07912-HSG |

## **JOINT STIPULATION**

Pursuant to Local Rules 6-1(b) and 6-2, and upon the Declaration of Andrew G. Devore submitted herewith,[1] the Parties, through their respective undersigned attorneys, subject to Court approval, hereby STIPULATE AND AGREE AS FOLLOWS:

1. Any brief filed by the Appellants shall be filed no later than January 22, 2021.

2. Any response brief filed by the Appellees shall be filed no later than February 26, 2021.

3. Any reply brief filed by the Appellants shall be filed no later than March 19, 2021.

[*Remainder of Page Intentionally Left Blank*]

---

[1] Capitalized terms used but not defined herein have the meaning ascribed in the Declaration of Andrew G. Devore in Support of the Stipulated Request for Order Changing Briefing Schedule submitted herewith.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 11, 2020

| **ROPES & GRAY LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| By: /s/ Rocky C. Tsai | By: /s/ Philip D. Anker |

Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

Gregg M. Galardi (admitted *pro hac vice*)
Keith H. Wofford (admitted *pro hac vice*)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Andrew G. Devore (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*

Philip D. Anker (admitted *pro hac vice*)
Allyson Pierce (Cal. Bar. No. 325060)
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
philip.anker@wilmerhale.com
allyson.pierce@wilmerhale.com

Christopher T. Casamassima (Cal. Bar No. 211280)
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
chris.casamassima@wilmerhale.com

*Counsel to Canyon, Citadel, Davidson Kempner, Farallon, Sculptor, and Värde, on behalf of themselves, and certain funds and counts managed, advised, or sub-advised by them*

| | |
|---|---|
| **HOGAN LOVELLS US LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| By:   /s/ David P. Simonds | By:   /s/ Richard W. Slack |
| David P. Simonds (Bar No. 214499)<br>Edward J. McNeilly (Bar No. 314588)<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Richard W. Slack (admitted *pro hac vice*)<br>Theodore E. Tsekerides (admitted *pro hac vice*)<br>Jessica Liou (admitted *pro hac vice*)<br>Matthew Goren (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: richard.slack@weil.com,<br>theodore.tsekerides@weil.com,<br>jessica.liou@weil.com, and<br>matthew.goren@weil.com |
| Michael C. Hefter (admitted *pro hac vice*)<br>Matthew Ducharme (admitted *pro hac vice*)<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com | -and-<br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (SBN 151445)<br>Peter J. Benvenutti (SBN 60566)<br>Jane Kim (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>E-mail: tkeller@kellerbenvenutti.com,<br>pbenvenutti@kellerbenvenutti.com, and<br>jkim@kellerbenvenutti.com |
| *Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts* | *Counsel to PG&E Corporation and Pacific Gas and Electric Company* |

Pursuant to Local Rule 5-1(i)(3), I, Rocky C. Tsai, attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

**ROPES & GRAY LLP**

*/s/ Rocky C. Tsai*
Rocky C. Tsai (CA Bar No. 221452)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 14, 2020

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

4
STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE ; ORDER
Case No. 4:20-cv-07865-HSG; Case No. 4:20-cv-07911-HSG; Case No. 4:20-cv-07912-HSG